IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA GALES, | : | |
|         Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 24-123 |
| | : | |
| CVS PHARMACY #450 *et al.*, | : | |
|         Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of February, 2024, upon consideration of Plaintiff's Motion to Remand (Doc. No. 8), Defendant's Response in Opposition (Doc. No. 12), Defendant's Motion to Dismiss (Doc. No. 7), and all related submissions, it is hereby **ORDERED** that the Parties shall conduct *limited* jurisdictional discovery. Defendants may depose Gales to learn the precise circumstances of her slip and fall. After Gales's deposition has been completed, she may depose McDonald to learn her duties and responsibilities at the Yeadon store, whether she was present at the store on December 30, 2021, and, if so, what duties she performed. Each deposition shall take no more than two hours and should be completed by **February 27, 2024 at 5:00 p.m.** If either Party attempts to obstruct a deposition, I am available by telephone to address the matter immediately.

                          **AND IT IS SO ORDERED.**

                          */s/ Paul S. Diamond*
                          _____
                          Paul S. Diamond, J.